## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| **IN THE MATTER OF:** | * | |
| | * | |
| **MARIA PONTON LONGO** | * | **CASE NO. 09-01268(BKT)** |
| | * | |
| | * | **CHAPTER 7** |
| **Debtor** | * | **ASSET CASE** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MOTION REQUESTING ORDER APPROVING SALE

TO THE HONORABLE COURT:

This motion is filed by WIGBERTO LUGO MENDER, trustee for this case, who most respectfully ALLEGES, STATES and PRAYS as follows:

1.      On September 22, 2009, the trustee filed a motion for sale of property. Said notice included a 20-day period for objections. Said period elapsed without any objection.  The Honorable Court entered Order stating that within the duties of a Trustee under Chapter 7 is to liquidate assets of the estate via sales such as the one at hand and that unless there was an objection to the sale, the Court does not need to enter an order.  Refer to dockets 30 and 32.

2.      Upon the Order entered, the trustee could had completed this sale pursuant to L.B.R. 6004 and Fed. R. Bank. P. 2002, 11 U.S.C. §363.      The property to be sold is described as follows:

> **Residential property located at Road 968, Km 2.9, Las Coles, Zarzal Ward, Rio Grande, Puerto Rico. Including: All Kitchen equipment and appliances, Air conditioning units, Water heater and on ground Jacuzzi**

3.      The intended sale of this property has not been completed as of this date.  The purchaser defaulted in completing the sale process and this was never completed.  The good faith deposit received was forfeited for the benefit of the estate.

4.      Upon the failed attempt for closing this sale, a second interested buyer has approached the trustee for purposes of closing this sale.  In compliance with his duties, the trustee deems necessary to inform seek the approval of this sale through a Court Order.

5.      This request for order is triggered by certain changes on the new offer presented and changes related to specific entries on the closing transaction.

6.      Although the proposed offer received is less than the initial offer informed and that the balance due to the secured creditor has been increased with additional interest accrued, the trustee believes that these changes will not preclude the sale and still the closing of this sale is in the best interest of creditors and the estate.

7.      The modifications on terms to be informed to the Honorable Court and to the creditors participating in this sale are as follows.  The buyer per the notice of sale was Mr.& Mrs. Luis Mejias, who offered the amount of $375,000 for this property.  These purchasers never completed the balance on the sale offer.

8.      The trustee informs that, he has obtained a private offer from Ms. Mircia A. Vallenilla Marte.  The amount offered for this property is **$350,000.00.**

9.      The secured balance due to creditor Banco Popular de Puerto Rico has increased. Notarial fees and recording expenses have been reduced to conform with the verified sales price. Estimated trustee's commissions, which remain subject to the Trustee's Final Report and Court approval have bee reduced as well.  An updated reconciliation of proceeds is enclosed as Exhibit 1 to this motion.

10.      The trustee states that upon conducting reasonable marketing measures on this property this has been the best offer received.  The offer amount is less than the value estimated in the appraisal report, but most likely, property and market conditions have precluded obtaining a higher offer.  In addition, the current financial institution crunch has reduced considerably the number of potential investors for this type of property.

11.      In compliance with LBR 6004-1, the undersigned trustee states that in his best business judgment and after conducting reasonable marketing efforts, the proposed sale price is at least equal to or more than the actual value of the property

WHEREFORE, the trustee request to this Honorable Court to take notice of the aforesaid and to enter Order approving this sale within the updated terms detailed herein.

**NOTICE TO PARTIES IN INTEREST**

PLEASE TAKE NOTICE that unless a written opposition to the approve of the sale is filed, with the Clerk of the U.S. Bankruptcy Court with copy to the undersigned, within twenty one (21) days from the date of this notice, the same may be allowed by the Court without further notice or hearing.

**WHEREFORE**, the trustee in this case prays this Honorable Court that upon notice as hereby served, to enter Order approving this sale and to order any further relief as may be deemed necessary.

**I HEREBY CERTIFY:** That on this same date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the parties appearing in said system

**I FURTHER CERTIFY**: That on this same date copy of this notice **with all Exhibits** has been served by First Class certified Mail return receipt requested to: **Maria M Ponton Longo (Debtor)** PO Box 363, Luquillo, PR 00773-0363; **Francisco J Ramos Gonzalez, Esq, Attorney for Debtor,** PO Box 371, Puerto Real, Fajardo, PR 00740; **Centro de Recaudación Ingresos Municipales C/O Carmen P. Figueroa, Esq.,** at P.O. Box 195387 San Juan, PR 00919-5387; **Banco Popular de PR c/o Cardona Jimenez Law Offices,** PO Box 9023593, San Juan, PR 00902-3593 and **without Exhibits** has been served by First Class Mail to all creditors and parties in interest as detailed in the enclosed master address list.

RESPECTFULLY SUBMITTED.

In Guaynabo, Puerto Rico, 25  this of June 2010

*s/ Wigberto Lugo Mender*
**WIGBERTO LUGO MENDER**
**CHAPTER 7 TRUSTEE**
Centro Internacional de Mercadeo
Carr 165, Torre 1, Suite 501
Guaynabo, PR 00968
Tel.  (787) 707-0404
Fax  (787) 707-0412
trustee@lugomender.com

Label Matrix for local noticing
0104-3
Case 09-01268-SEK7
District of Puerto Rico
Old San Juan
Mon Sep 21 15:50:19 AST 2009

BANCO BILBAO VISCAYA ARGENTARIA
PO BOX 364745
SAN JUAN, PR 00936-4745

BANCO POPULAR PUERTO RICO
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

POPULAR AUTO
EDGAR A VEGA RIVERA
PO BOX 366818
SAN JUAN, PR 00936-6818

US Bankruptcy Court District of P.R.
U.S. Post Office and Courthouse Building
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

BANCO BILBAO VISCAYA ARGENTARIA
P O BOX 364745
SAN JUAN, PR 00936-4745

BANCO POPULAR DE PR
P O BOX 362708
SAN JUAN, PR  00936-2708

BANCO POPULAR DE PR
P O BOX 70100
SAN JUAN, PR 00936-8100

BANCO SANTANDER
P O BOX 191080
SAN JUAN, PR  00919-1080

BANK OF AMERICA
P O BOX 15719
WILMINGTON, DE  19886-5719

CITI CARD
P O BOX 183064
COLUMBUS, OH 43218-3064

CMPR INC.
726 EXCHANGE ST.
SUITE 700
BUFFALO, NY 14210-1464

CRIM
PO BOX 195387
SAN JUAN PR 00919-5387

FIA CARD SERVICES, NA/BANK OF AMERICA
BY AMERICAN INFOSOURCE LP AS ITS AGENT
PO Box 248809
Oklahoma City, OK  73124-8809

JC PENNEY
P  O BOX 960090
ORLANDO, FL  32896-0090

POPULAR AUTO
P O BOX 15011
SAN JUAN, PR  00902-8511

POPULAR AUTO (POPULAR LEASING)
BANKRUPTCY DEPARTMENT
PO BOX 366818
SAN JUAN PUERTO RICO 00936-6818

POPULAR MORTGAGE
P O BOX 362708
SAN JUAN, PR  00936-2708

Recovery Management Systems Corporation
For GE Money Bank
dba JCPENNEY CREDIT SERVICES
25 SE 2nd Ave Ste 1120
Miami FL 33131-1605

SEARS
P O BOX 183114
COLUMBUS, OH  43218-3114

UNIVERSAL FORKLIFT & EQUIPMENT, CORP
C/O LCDO. JUAN C. SALICHS POU
P O BOX 195553
SAN JUAN, PR 00919-5553

FRANCISCO J RAMOS GONZALEZ
PO BOX 191993
SAN JUAN, PR 00919-1993

MARIA M PONTON LONGO
PO BOX 363
LUQUILLO, PR 00773-0363

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901-1938

WIGBERTO LUGO MENDER
LUGO MENDER & CO
CENTRO INTERNACIONAL DE MERCADEO
CARR 165, TORRE I SUITE 501
GUAYNABO, PR 00968

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

Motion for sale of property                 6                    Maria M Ponton Longo
                                                                Case no. 09-01268 GAC

      **I FURTHER CERTIFY**: Copy of this notice **with all the Exhibits** has been hand delivered to: the **United States Trustee's Office** at Ochoa Building, Suite 301, 500 Tanca Street, Old San Juan, Puerto Rico 00901-1922.

      **I FURTHER CERTIFY THAT**: A copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after the original with all Exhibits is filed with the Clerk's Office.


   RESPECTFULLY SUBMITTED

In Guaynabo, Puerto Rico this 22 day of September of 2009.


                    *s/ Wigberto Lugo Mender*
                    **WIGBERTO LUGO MENDER**
                    **CHAPTER 7 TRUSTEE**
                    Centro Internacional de Mercadeo
                    Carr 165, Torre 1, Suite 501
                    Guaynabo, PR 00968
                    Tel.  (787) 707-0404
                    Fax  (787) 707-0412
                    trustee@lugomender.com

(d)BANCO POPULAR PUERTO RICO
CARDONA JIMENEZ LAW OFFICE, PSC
PO BOX 9023593
SAN JUAN, PR 00902-3593

End of Label Matrix
Mailable recipients    24
Bypassed recipients     1
Total                  25

**Exhibit 1**

# REAL ESTATE VALUE ESTIMATE

| | | | |
|---|---|---|---|
| Contact | **Client: Maria Ponton** | Census Tract 7440-1301 | Map Reference 130-126 |
| Property Address | KM 2.9, RD-968, Las Coles, Zarzal Ward. | Check one: ☒ SF  ☐ PUD  ☐ CONDO  ☐ 2-4 Units | |
| City | Rio Grande | County 119 | State P.R.  Zip Code 00745 |
| Phone No. Res. 787-206-7644 | Loan Amount $ N/A | Term N/A  Mos. Owner's Est. of Value $ Unknown | |

| No. of Rooms | No. of Bedrooms | No. of Baths | Family room or den | Gross Living Area | Garage/Carport (specify type & no.) | Porches, Patio or Pool (specify) | Central Air |
|---|---|---|---|---|---|---|---|
| 8 | 3 | 2 | ☒ Yes  ☐ No | 2,117 Sq. Ft. | 2 Garg. | Porch | ☐ Yes  ☒ No |

## NEIGHBORHOOD

| | | | |
|---|---|---|---|
| Location | ☒ Urban | ☐ Suburban | ☐ Rural |
| Built Up | ☒ Over 75% | ☐ 25% to 75% | ☐ Under 25% |
| Growth Rate ☐ Fully Dev. | ☐ Rapid | ☒ Steady | ☐ Slow |
| Property Values | ☐ Increasing | ☒ Stable | ☐ Declining |
| Demand/Supply | ☐ Shortage | ☒ In Balance | ☐ Oversupply |
| Marketing Time | ☐ Under 3 Mos. | ☒ 4-6 Mos. | ☐ Over 6 Mos. |

| | | | |
|---|---|---|---|
| Property Compatibility | Good ☐ | Avg ☒ | Fair ☐ | Poor ☐ |
| General Appearance of Properties | ☐ | ☒ | ☐ | ☐ |
| Appeal to Market | ☐ | ☒ | ☐ | ☐ |

Present Land Use  65% 1 Family  3 % 2-4 Family  2 % Apts.  0 % Condo  0% Commercial  5% Industrial  0 % Vacant  25 %

Change in Present Land Use  ☒ Not Likely  ☐ Likely  ☐ Taking Place From _____ To _____

Predominant Occupancy  ☒ Owner  ☐ Tenant  ____% Vacant

S/F Price Range $  200,000  to $  350,000  $  300  = Predominant Value

S/Family Age  New  yrs. to  35  yrs.  Predominant Age  30  yrs.

Comments including those factors affecting marketability (e.g. public parks, schools, view, noise)  There are no apparent factors which should affect the subject's marketability.
Steady values have been observed during the past year with demand and supply in balance, adequate access to all necessary supporting facilities including schools,
shopping centers, hospitals, recreation and employment. Client is the intended user. This appraisal is for the sole use of owner's private decision making process.

## SUBJECT PROPERTY

| | |
|---|---|
| Approx. Yr. Blt.20 02  # Units 1  # Stories 1 | |
| Type (det, duplex, semi/det. etc.)  Detached | |
| Design (rambler, split, etc.)  Tropical/Average | |
| Exterior Wall Mat.  Reinforce Concrete  Roof Mat.  Reinforce Concrete | |
| Is the property in a HUD-identified Special Flood Haz. Area?  ☒ No  ☐ Yes | |

| PROPERTY RATING | Good | Avg | Fair | Poor |
|---|---|---|---|---|
| Condition of Exterior | ☐ | ☒ | ☐ | ☐ |
| Compatibility to Neighborhood | ☐ | ☒ | ☐ | ☐ |
| Appeal and Marketability | ☐ | ☒ | ☐ | ☐ |

Special Energy-Effic. Items  This appraisal was made to determine market value and for a mortgage loan. Maria Ponton is the  intender user. No warranty of the appraised is given or implied.No liability is assumed
for hidden defects on structural or mechanical elements. Kenny Baez  inspected the subject and provides significant assistance.

Comments (favorable or unfavorable incl. deferred maintenance)  No functional or external obsolescence were observed.  Subject property is in Average condition. Subject
property lies on zone C according FEMA 720000-130-E dated 06/02/99.  Subject property is outside flood hazard areas. Flood certification is recomended for loan
processing. The appraiser is not  an expert in flood maps.

| ITEM | SUBJECT | COMPARABLE NO. 1 | | COMPARABLE NO. 2 | | COMPARABLE NO. 3 | |
|---|---|---|---|---|---|---|---|
| Address | KM 2.9, RD-968, Las Coles, Zarzal Ward. Rio Grande, PR | 54, Paraiso St., Hacienda Las Garzas, Rio Grande, PR | | C-20, Camino del Monte Paisajes del Lago. Luquillo, PR. | | 13, Paisajes Del Lago Luquillo, P.R., PR | |
| Proximity to Sub. | N/A | 1.99 miles SW | | 3.30 miles SE | | 4.35 miles SE | |
| Sales Price | $ N/A | $ 325,000 | | $ 300,000 | | $ 385,000 | |
| Date of Sale and Time Adjustment | DESCRIPTION N/A | DESCRIPTION 07-2007 | +(−)$ Adjust. | DESCRIPTION 03-2007 | +(−)$ Adjust. | DESCRIPTION 01-2007 | +(−)$ Adjust. |
| Location | Urban / Average | Urban / Average | | Urban / Average | | Urban / Average | |
| Site/View | 2000S.M / $70 | 1000 S.M / $100 | +40,000 | 805 S.M / $112 | +49,840 | 748 S.M / $154 | +24,808 |
| Age | A-6, E-5 | A-16, E-5 | | New | | New | |
| Condition | Good | Good | | Good | | Good | |
| Living Area Rm. Count and Total | Total 8 / B-rms. 3 / Baths 2.5 | Total 8 / B-rms. 4 / Baths 2.5 | | Total 8 / B-rms. 4 / Baths 2.5 | | Total 7 / B-rms. 3 / Baths 2.5 | |
| Gross Living Area | 2,117 Sq. Ft. | 2,482 Sq. Ft. | -16,425 | 2,103 Sq. Ft. | +630 | 1,946 Sq. Ft. | +7,695 |
| Air Conditioning | None | None | | None | | None | |
| Garage/Carport | 2 Garg. | 2 Cpt/Inf. | +2,000 | 2 Cpt/Inf. | +2,000 | 4 OSP/Inf. | +3,000 |
| Porches, Patio, Pools, etc. | Porch | Porch/Sim | | Porch/Sim | | Porch/Sim | |
| | None | None | | None | | None | |
| Special Energy-Efficient Items | PA, Fnc, Terr, Jcsy | None | +10,000 | PA, Fnc, Terr | +5,000 | PA, Fnc, Terr | +5,000 |
| Other | Stnk | Stnk | | None | -2,000 | None | -2,000 |
| Net Adjust. (Total) | | ☒ + ☐ − $ 35,575 | | ☒ + ☐ − $ 55,470 | | ☒ + ☐ − $ 38,500 | |
| Indicated Value Sub. | | N 10.9  G 21.1  $ 360,575 | | N 18.5  G 19.8  $ 355,470 | | N 10.0  G 11.0  $ 423,503 | |

General Comments  A range in values is demonstrated between $355,470 to $423,503 with a most probable market  value  of $425,000(Rounded) for the subject property. Most weight  was given to sale #3, which
required the less  adjustment. Adjustment in GLA at $45 per S.F. according to  market reaction. Site value differential per S.M. between the subject and sale #1, #2 and #3 due to size.  Personal property is not
included in value estimate. No sales  Sales #2and #3 are over six month but less than one year.

Estimated Value $  424,000  as of  04/04/08 20

| | |
|---|---|
| ■ Completed By Enrique Melendez | ■ Title |
| ■ Signature | ■ Date  04/18/08 20 |

[Y2K]

File No. EM1145-08 | Page #3

**Subject Photo**

| Borrower/Client | Client: Maria Ponton | | | |
|---|---|---|---|---|
| Property Address | KM 2.9, RD-968, Las Coles, Zarzal Ward. | | | |
| City Rio Grande | County 119 | State P.R. | Zip Code 00745 |
| Lender Client: Maria Ponton | | | | |



### Subject Front

| | |
|---|---|
| KM 2.9, RD-968, Las Coles, | |
| Sales Price | N/A |
| Gross Living Area | 2,117 |
| Total Rooms | 8 |
| Total Bedrooms | 3 |
| Total Bathrooms | 2 |
| Location | Urban / Average |
| View | 2000S.M / $60 |
| Site | |
| Quality | |
| Age | A-6, E-5 |

### Subject Rear



### Subject Street



Form PIC3x5.SR — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

File No. EM1145-08  Page #4

Building Sketch

| | |
|---|---|
| Borrower/Client   Client: Maria Ponton | |
| Property Address  KM 2.9, RD-968, Las Coles, Zarzal Ward. | |
| City   Rio Grande | County  119 | State  P.R. | Zip Code  00745 |
| Lender   Client: Maria Ponton | |



Comments:

File No. EM1145-08 Page #5

**Location Map**

| Borrower/Client Client: Maria Ponton | | | |
|---|---|---|---|
| Property Address KM 2.9, RD-968, Las Coles, Zarzal Ward. | | | |
| City Rio Grande | County 119 | State P.R. | Zip Code 00745 |
| Lender Client: Maria Ponton | | | |



**DEFINITION OF MARKET VALUE:** The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he considers his own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U.S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgement.

## STATEMENT OF LIMITING CONDITIONS AND APPRAISER'S CERTIFICATION

**CONTINGENT AND LIMITING CONDITIONS:** The appraiser's certification that appears in the appraisal report is subject to the following conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it. The appraiser assumes that the title is good and marketable and, therefore, will not render any opinions about the title. The property is appraised on the basis of it being under responsible ownership.

2. The appraiser has provided a sketch in the appraisal report to show approximate dimensions of the improvements and the sketch is included only to assist the reader of the report in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in the appraisal report whether the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand.

5. The appraiser has estimated the value of the land in the cost approach at its highest and best use and the improvements at their contributory value. These separate valuations of the land and improvements must not be used in conjunction with any other appraisal and are invalid if they are so used.

6. The appraiser has noted in the appraisal report any adverse conditions (such as, needed repairs, depreciation, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the normal research involved in performing the appraisal. Unless otherwise stated in the appraisal report, the appraiser has no knowledge of any hidden or unapparent conditions of the property or adverse environmental conditions (including the presence of hazardous wastes, toxic substances, etc.) that would make the property more or less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied, regarding the condition of the property. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, the appraisal report must not be considered as an environmental assessment of the property.

7. The appraiser obtained the information, estimates, and opinions that were expressed in the appraisal report from sources that he or she considers to be reliable and believes them to be true and correct. The appraiser does not assume responsibility for the accuracy of such items that were furnished by other parties.

8. The appraiser will not disclose the contents of the appraisal report except as provided for in the Uniform Standards of Professional Appraisal Practice.

9. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that completion of the improvements will be performed in a workmanlike manner.

10. The appraiser must provide his or her prior written consent before the lender/client specified in the appraisal report can distribute the appraisal report (including conclusions about the property value, the appraiser's identity and professional designations, and references to any professional appraisal organizations or the firm with which the appraiser is associated) to anyone other than the borrower; the mortgagee or its successors and assigns; the mortgage insurer; consultants; professional appraisal organizations; any state or federally approved financial institution; or any department, agency, or instrumentality of the United States or any state or the District of Columbia; except that the lender/client may distribute the property description section of the report only to data collection or reporting service(s) without having to obtain the appraiser's prior written consent. The appraiser's written consent and approval must also be obtained before the appraisal can be conveyed by anyone to the public through advertising, public relations, news, sales, or other media.

Juan A. Osorio Diaz
Form ACR_DEFD — "TOTAL for Windows" appraisal software by a la mode, inc. — 1-800-ALAMODE

1. I have researched the subject market area and have selected a minimum of three recent sales of properties most similar and proximate to the subject property for consideration in the sales comparison analysis and have made a dollar adjustment when appropriate to reflect the market reaction to those items of significant variation. If a significant item in a comparable property is superior to, or more favorable than, the subject property, I have made a negative adjustment to reduce the adjusted sales price of the comparable and, if a significant item in a comparable property is inferior to, or less favorable than the subject property, I have made a positive adjustment to increase the adjusted sales price of the comparable.

2. I have taken into consideration the factors that have an impact on value in my development of the estimate of market value in the appraisal report. I have not knowingly withheld any significant information from the appraisal report and I believe, to the best of my knowledge, that all statements and information in the appraisal report are true and correct.

3. I stated in the appraisal report only my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the contingent and limiting conditions specified in this form.

4. I have no present or prospective interest in the property that is the subject to this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or the estimate of market value in the appraisal report on the race, color, religion, sex, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property.

5. I have no present or contemplated future interest in the subject property, and neither my current or future employment nor my compensation for performing this appraisal is contingent on the appraised value of the property.

6. I was not required to report a predetermined value or direction in value that favors the cause of the client or any related party, the amount of the value estimate, the attainment of a specific result, or the occurrence of a subsequent event in order to receive my compensation and/or employment for performing the appraisal. I did not base the appraisal report on a requested minimum valuation, a specific valuation, or the need to approve a specific mortgage loan.

7. I performed this appraisal in conformity with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place as of the effective date of this appraisal, with the exception of the departure provision of those Standards, which does not apply. I acknowledge that an estimate of a reasonable time for exposure in the open market is a condition in the definition of market value and the estimate I developed is consistent with the marketing time noted in the neighborhood section of this report, unless I have otherwise stated in the reconciliation section.

8. **Kenny Baez Medero** , personally inspected the interior and exterior areas of the subject property. I further certify that I have noted any apparent or known adverse conditions in the subject improvements, on the subject site, or on any site within the immediate vicinity of the subject property of which I am aware and have made adjustments for these adverse conditions in my analysis of the property value to the extent that I had market evidence to support them. I have also commented about the effect of the adverse conditions on the marketability of the subject property.

9. I personally prepared all conclusions and opinions about the real estate that were set forth in the appraisal report. If I relied on significant professional assistance from any individual or individuals in the performance of the appraisal or the preparation of the appraisal report, I have named such individual(s) and disclosed the specific tasks performed by them in the reconciliation section of this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in the report; therefore, if an unauthorized change is made to the appraisal report, I will take no responsibility for it.

**SUPERVISORY APPRAISER'S CERTIFICATION:** If a supervisory appraiser signed the appraisal report, he or she certifies and agrees that: I directly supervise the appraiser who prepared the appraisal report, have reviewed the appraisal report, agree with the statements and conclusions of the appraiser, agree to be bound by the appraiser's certifications numbered 4 through 7 above, and am taking full responsibility for the appraisal and the appraisal report.

**ADDRESS OF PROPERTY APPRAISED:**   KM 2.9, RD-968, Las Coles, Zarzal Ward., Rio Grande, P.R. 00745

| APPRAISER: | SUPERVISORY APPRAISER (only if required): |
|---|---|
| Signature: _(signature)_ | Signature: _____ |
| Name: Enrique S. Melendez | Name: _____ |
| Date Signed: 04/18/08 | Date Signed: _____ |
| State Certification #: 96CR | State Certification #: _____ |
| or State License #: EPA#718 | or State License #: _____ |
| State: P.R. | State: _____ |
| Expiration Date of Certification or License: 03/2009 | Expiration Date of Certification or License: _____ |
|  | ☐ Did    ☐ Did Not Inspect Property |

**Exhibit 2**

Tel. (787)766 – 0628
Fax (787)766 – 4733
Email: mctinc@prtc.net

**MILAGROS CUEVAS TORRES INC.**
INVESTIGADORES DE TITULO

## INFORME DEL DOCUMENTO

**A:**   LCDO. GARCIA SUAREZ

**CASO:**   **MARIA MERCEDES PONTON LONGO**

**FINCA:**   DOCUMENTO PRESENTADO AL ASIENTO 17 DEL DIARIO 50
REGISTRO DE LA PROPIEDAD DE CAROLINA, SECCION TERCERA

### DESCRIPCION:

RUSTICA: Predio de terreno identificado en el plano de inscripcion con el #9 desarrollo conocido como Haciendas de Monte Mar, localizado en la carretera estatal #968 kilometro 2.9 en el Barrio Zarzal del termino municipal de Rio Grande, Puerto Rico, con una cabida superficial de 2,000.02 metros cuadrados, equivalentes a 0.5089 cuerdas, en lindes por el Norte, con la Sra, Aida Martinez y Luisa Nova, por el Sur, con la calle de acceso, por el Este, con la carretera #968 y por el Oeste, con el solar #8.

### TRACTO REGISTRAL:

Se segrega de la finca #22340 inscrita al folio 1 del tomo 366 de Rio Grande

### DOMINIO:

A favor de **EDWIN RIVERA MOJICA** el que adquiere por segregacion para si con un valor de $10,000.00 segun consta de la escritura #4 otorgada en San Juan el dia 10 de abril de 1997 ante el notario Raul J. Tous Bobonis. Presentada al asiento 17 del diario 50 el 23 de octubre de 1997. Pendiente de despacho.

Al asiento 211 del diario 111 presentada la escritura #18 otorgada en San Juan el dia 28 de abril de 2000 ante el notario Carlos M. Santini Rodriguez, para que se inscriba compraventa a favor de **JULIO AGOSTO BERNAL MIRANDA y esposa MARIA MERCEDES PONTON LONGO** (casados bajo capitulaciones matrimoniales) por el precio de $162,150.00. Presentada el 6 de junio de 2000. Pendiente de despacho.

Al asiento 241 del diario 171 presentada la escritura #30 otorgada en San Juan el dia 25 de septiembre de 2002 ante el notario Miguel Garcia Suarez para que se inscriba compraventa a favor de **MARIA MERCEDES PONTON LONGO** por el precio de $156,333.50. Presentada el 4 de octubre de 2002. Pendiente de despacho.

### GRAVAMENES:

**HIPOTECA:** En garantia de un pagare a favor de **ORIENTAL BANK & TRUST** o a su orden por la suma de $112,000.00 de principal, intereses al 11.45% anual, vencedero a la presentacion, según consta de la escritura #372 otorgada en San Juan el dia 30 de septiembre de 1997 ante el notario Andres J. Garcia Arregui. Presentada al asiento 18 del diario 150 el 23 de octubre de 1997. Pendiente de despacho.

**HIPOTECA:** En garantia de un pagare a favor de **SCOTIABANK DE PUERTO RICO** o a su orden por la suma de $195,000.00 de principal, intereses al 8.65% anual, vencedero a la presentacion, según consta de la escritura #19 otorgada en San Juan el dia 28 de abril de 2000 ante el notario Carlos M. Santini Rodriguez. Presentada al asiento 212 del diario 111 el 6 de junio de 2000. Pendiente de despacho.

Al asiento 70 del diario 119 presentada la escritura #184 otorgada en San Juan el dia 19 de septiembre de 2000 ante el notario Luis G. Rivera Marin para que se cancele hipoteca por la suma de $112,000.00 que grava esta finca.

Este documento no constituye una póliza de seguro de título. La responsabilidad de ésta entidad se limita a la cantidad pagada por el estudio de título. Para completa protección debe obtener una póliza de seguro de título. No nos hacemos responsables por omisiones que cometa el Registro de la Propiedad en la entrada de datos ni en la omisión de información del sistema computadorizado.

PAGINA #2
FINCA #CR17DP

NOTA: ESTE DOCUMENTO NO SE REFLEJO EN EL ESTUDIO ANTERIOR YA QUE
EL MISMO NO ESTA PUESTO AGORA NI EN T K.

Al asiento 105 del diario 153 presentada la escritura #1 otorgada en San Juan el dia 5 de febrero de
20902 ante el notario Carlos M. Santini Rodriguez, comparecen los esposos Julio Agosto Bernal
Miranda y Maria Mercedes Ponton Longo y Scotiabank de P. R. para aclarar que a la fecha de
constituirse la hipoteca por $195,000.00 estaban casados bajo el regimen de Capitulaciones
matrimoniales. Presentada el 19 de febrero de 2002. Pendiente de despacho.

Al asiento 294 del diario 174 presentada la escritura #1406 otorgada en San Juan el dia 31 de
octubre de 2002 ante el notario Roberto J. Alfonso para que se inscriba hipoteca a favor de DORAL
MORTGAGE CORPORATION por la suma de $206,900.00 intereses al 6.95% vencedero el 1 de
noviembre de 2032. Presentada el 8 de noviembre de 2002. Pendiente de despacho.

Al asiento 203 del diario 209 presentada la escritura #701 otorgada en San Juan el dia 23 de octubre
de 2003 ante la notario Pylar Gomez Velez para que se inscriba hipoteca a favor de SANA
INVESTMENT MORTGAGE BANKERS INC. por la suma de $35,000.00 intereses al 9.95%
anual, vencedero el 1 de noviembre de 2013. Presentada el 5 de noviembre de 2003. Pendiente de
despacho.

Al asiento 290 del diario 217 presentada la escritura #4485 otorgada en San Juan el dia 6 de octubre
de 2003 ante el notario Carrion de Jesus Yivette para que se cancele hipoteca por la suma de
$195,000.00 que grava esta finca. Presentada el 2 de febrero de 2004. Pendiente de despacho.

Al asiento 372 del diario 220 presentada la escritura #512 otorgada en San Juan el dia 21 de julio de
2004 ante el notario Hector M. Lugaro Figueroa para que se inscriba hipoteca a favor de
POPULAR MORTGAGE INC. por la suma de $265,000.00 intereses al 4.99% vencedero del 1 de
agosto de 2009. Presentada el 4 de agosto de 2004. Pendiente de despacho.

Al asiento 1742 del diario 221 presentada la escritura #5739 otorgada en San Juan el dia 29 de
octubre de 2004 ante el notario Jose Rafael Baez Cortines para que se cancele hipoteca por la suma
de $35,000.00. Se acompaña acta de subsanacion #4 otorgada en San Juan el dia 6 de febrero de
2008 ante el mismo notario. Presentada el 24 de noviembre de 2004. Pendiente de despacho.

Al asiento 1743 del diario 221 presentada la escritura #5738 otorgada en San Juan el dia 29 de
octubre de 2004 ante el notario Jose Rafael Baez Cortines para que se cancele hipoteca por la suma
de $206,900.00. Presentada el 24 de noviembre de 2004. Pendiente de despacho.

NOTA: ESTA FINCA SE INSCRIBIRA BAJO LA FINCA #27093 INSCRITA AL FOLIO
122 DEL TOMO 499 DE RIO GRANDE. ESTAN TODOS LOS DOCUMENTOS
PENDIENTES DE FIRMA DEL REGISTRADOR

REVISADO:

Libro de embargos estatales, federales, sentencias y bitacora electronica a 30 de enero de 2009

MILAGROS CUEVAS TORRES INC.
INVESTIGADORES DE TITULO
RA//mb (directo)

**Exhibit 3**



ESTADO LIBRE ASOCIADO DE PUERTO RICO
CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES

**ESTADO DE CUENTA /STATEMENT OF ACCOUNT**

Fecha Impresion: 17/09/2009
Hora Impresion: 2:31:48PM

Fecha de Intereses/Descuento
Int/Disc Date:17/09/2009

Certificate # 1995553

| Número de Catastro (Pin Number) | Número de Prestamo (Loan Number) | HIP MTG ID | Municipio (Municipality) 22 |
|---|---|---|---|
| **091-056-300-29-000** | 1010017976070 | 004 | |

| Tipo Notif/ Bill Type | Fecha Notif/ Bill Date | Principal Unpaid Tax | Descuento Discount | Penalidad Penalty | Intereses Interest | Recargos Surcharge | Cantidad Adeudada Amount Due |
|---|---|---|---|---|---|---|---|
| **Grand Total** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Total Adeudado Al CRIM | 0.00 |
|---|---|

**Esta certificación no sera oficial sin el importe de $2.50 en estampillas emitidas por el CRIM. Es valida para gestiones de cobro.**

**Esta Certification no incluye deudas por mejoras que estuvieran sin tasar.**

**Si mediante Investigación realizada posteriormente se comprueba que esta propiedad no reune los requisitos para disfrutar de la Exención y/o Exoneración, se pondran al cobro las Notificaciones Retroactivas para los años correspondientes.**

**Direccion Postal / Postal Address**
**PONTON LONGO MARIA MERCEDES**

PO BOX 363
LUQUILLO PR 00773-0363

**Localización de la Propiedad / (Property Location)**

CARR 968
BO ZARZAL SOLAR 9
RIO GRANDE



Fecha Impresion: 17/9/2009
Hora Impresion:  2:32:03PM

### ESTADO LIBRE ASOCIADO DE PUERTO RICO
### CENTRO DE RECAUDACIÓN DE INGRESOS MUNICIPALES

### CERTIFICACIÓN DE VALOR / VALUE CERTIFICATE

---

1. La propiedad localizada en / The property located at:

   CARR 968
   BO ZARZAL SOLAR 9
   RIO GRANDE

   se identifica para fines catastrales con el número:        091-056-300-29-000
   is identified as Parcel Number:

2. Esta propiedad esta valorada de la siguiente manera:
   The property is currently valued as follows:

   | | |
   |---|---:|
   | Tierra/Land | $18,360.00 |
   | Estructura/Structures | $135,400.00 |
   | Maquinaria/Machinery | $0.00 |
   | Total Assessed Value | $153,760.00 |

3. Esta propiedad tiene una cabida de:
   The property land size is:                    2,000.000        Units:  M

4.   A esta propiedad y/o a su dueño, se le concedió una exención contributiva de  0.00

     This property, and/or its current owner, has been granted a value exemption of  0.00

5.   A esta propiedad y/o a su dueño, se le concedió una exoneración contributiva de  150,000.00
     en virtud de la ley numero Ley - 83 de 1991

     This property, and/or its current owner, has been granted a value exoneration from taxes for
     $150,000  as described in Puerto Rican Law Number Ley - 83 de 1991

6.   Esta propiedad figura en el Certificado y Lista de Tasación a nombre de:

     PONTON LONGO MARIA MERCEDES

     The current owner on the Tax Roll is:

     PONTON LONGO MARIA MERCEDES

   Fecha:   **17/9/2009**
   Date:    DD/MM/CCYY                          _____

                                                Representante Autorizado de CRIM

---

Ver. 1.07

**ESTA CERTIFICACIÓN NO SERA OFICIAL SIN EL IMPORTE DE $2.50 EN ESTAMPILLAS EMITIDAS POR EL CRIM**

**Exhibit 4**

BANCO POPULAR - MORTGAGE SERVICING
PO BOX 362708
SAN JUAN, P.R. 00936-2708

THE FOLLOWING FIGURES ARE SUBJECT TO FINAL CERTIFICATION DUE TO ADVANCES FOR
PROPERTY TAXES, INSURANCE OR ANY OTHER APPLICABLE ITEM. FOR LOANS WITH PAYMENTS
IN ARREARS, PLEASE CONTACT FOR ADDITIONAL CHARGES BEFORE CANCELLING. THE ESCROW
BALANCE WILL BE REIMBURSED AFTER THE PAYMENT IN FULL. PLEASE PAY WITH A MANAGER
OFFICIAL CHECK OR MONEY ORDER BEFORE 12:00 M OF THE DATE SPECIFIED BELOW.

ANGEL ORTIZ
EJECUCIONES-BPPR

LOAN CONTROLS    071010010000
BORROWER MARIA M PONTON-LONGO      LOAN NUMBER      000-797607-0
         HACIENDAS DE MONTEMAR      FHA/VA/MI
         PARCELA#9 RIO GRANDE, PR   LOAN TYPE / PLAN  BLU / 000
         RIO GRANDE PR  00745       INVESTOR NUMBER           000
                                    FIRST LIEN (Y/N)            Y

                    PAYOFF STATEMENT GOOD THROUGH 06/30/10

PRINCIPAL BALANCE     251,148.60
INTEREST DUE           32,343.67  FROM 12/01/07    TO      06/30/10
ESCROW DUE              1,875.00-
LATE CHARGES DUE        1,421.00
MORTGAGE INS               0.00
FEES DUE                  70.00
PAYOFF FEES           13,270.00
PREPAYMENT PENALTY         0.00

PAYOFF BALANCE        300,128.27
                              PAYOFF FEE ITEMIZATION
SUBSIDY REFUND             0.00    DESCRIPTION        AMOUNT
UNAPPLIED REFUND           0.00  PAYOFF STATEMEN       10.00
ESCROW REFUND              0.00  ADD MORTG INS           .00
                                 FCL / BKTCY FEE   13,250.00
TOTAL PAYOFF DUE      300,128.27  ADD LATE CHARGE        .00
                                 ADJ/ OTHER CHG         .00
                                 DOC. HANDLING        10.00
INTEREST RATE          04.99000
INTEREST PER DIEM     34.3351099
A LATE CHARGE OF       71.05 MAY BE ASSESSED    DAYS AFTER EACH DUE DATE.

**Exhibit 5**

# *Jennifer Odell*
## *Abogada & Notario Público*

*PO Box 428*  
*Humacao, Puerto Rico 00792*

*Tel.:  599-9995*  
*Fax:719-6694*  
*e-mail: jenodell.law@gmail.com*

## INVOICE

TO     :     Wigberto Lugo

RE      :     purchase sale deed -  price $ 350,000.00
                 María Mercedes Pontón Longo

DATE:     May 12, 2010

## Purchase Sale

Description of Notary Public fees: (Price is $ 350,000.00)

Notarial fees for preparation of deed of purchase sale  ( 1%)        **$ 3500.00**

Description of costs for purchase sale deed to be paid by sellers:

Stamps for original of purchase sale deed        **$ 352.00**

Stamps for Legal Aid        **$   35.00**

                                         **TOTAL        $ 3887.00**

## Cancellation Deed

Description of Notary Public fees: (Mortgage is $ 265,000.00)

Notarial fees for preparation of deed of purchase sale  ( 1/2 %)      **$ 1325.00**

Certified copy of cancellation deed        **$25.00**

Presenting deeds in Registry of Property(if necessary)      **$75.00aprox.**

Copies, administrative expenses        **$50.00**

Description of costs for cancellation deed:

Stamps for original of deed of cancellation                    **$ 267.00**

Stamps for Legal Aid                                           **$ 30.00**

Stamps for certified copy of cancellation deed                 **$ 134.00**

Stamps for Legal Aid                                           **$ 15.00**

Registration Fees for cancellation deed

     a.    Internal Revenue Stamps                     **$      .50**
     b.    Registration Fee (Código Político)          **$   10.00**
     c.    Registration Fee (comprobante)              **$ 1010.00**


                         **TOTAL :**          **$2941.50**

**Exhibit 6**

**WORKSHEET FOR PROPERTY DISPOSITION**
**IN A CHAPTER 7 LIQUIDATION**

**FINAL DISBURSMENT UPON SALE OF PROPERTY**
CASE No.  **09-01268**                              **Maria Ponton Longo**
**DESCRIPTION OF PROPERTY**

Las Coles, Rio Grande, PR

**BEST OFFER RECEIVED**                          **$        350,000**

| | | | | |
|---|---|---|---|---|
| **LIENS:** | | | | |
| First Mortgage @ 6/30/10 | $ | 300,128 | | |
| Second Mortgage | $ | - | | |
| CRIM | $ | - | | |
| | $ | 300,128 | $ | (300,128) |
| **Expenses for Sale:** | | | | |
| Realtor Fees | $ | - | | |
| Stamps & Recording Fees | $ | 2,004 | | |
| Notarial Fees | $ | 4,825 | | |
| | $ | 6,829 | $ | (6,829) |
| Net Proceeds to Owners | $ | 43,043 | $ | 43,043 |
| Less: Debtor's exemption (To be paid) | $ | 20,200 | $ | (20,200) |
| Net Amount for the Estate Prior to Trustee's Commision | | | $ | 22,843 |
| Trustee's Commission -  Reduced | $ | 10,000 | $ | (10,000) |
| | | | $ | 12,843 |