UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In Re: ) | |
| PONTON LONGO, MARIA M ) | 09-01268    -SEK |
| EIN: 00-0000000 ) | Chapter 7 |
| ) | |
| ) | |
| Debtor(s). ) | |

## TRUSTEE INTERIM REPORT

      The Trustee, hereby files his Individual Estate Property Record and Report (Form 1) for the six month reporting period ending 06/30/2010.  This report is intended to provide parties in interest with a general accounting of the Trustee's case administration.

Column 1: Asset Description (Scheduled and Unscheduled Property):  This is a listing of all the Debtor's interest in assets from the petition, schedules, and statement of financial affairs.  Also listed are unscheduled assets discovered by the Trustee, income of the estate (including post-petition interest on bank accounts), and claims which the estate may possess.

Column 2: Petition/Unscheduled Values:  Column 2 reflects the dollar value of each asset, as first assigned by Debtor in the filed Schedules, or by the Trustee's initial estimate of values in the case of unscheduled assets.  Scheduled values are often unreliable and may change significantly throughout the course of Trustee's investigation and administration.

Column 3: Estimated Net Value(Value Determined by Trustee Less Liens, Exemptions and Other Costs:  Column 3 reflects the value of each asset as determined by the Trustee minus any appropriate adjustment.  This value represents the Trustee's best initial estimate of **net** sale or liquidation value of the asset.  Actual liquidation value may differ as a result of market conditions at the time of sale, costs of recovery, storage, insurance and sale.

Column 4: Property Abandoned:  If this column is blank it means either that (1) Trustee intends to administer the asset, (2) Trustee has not decided, or (3) Trustee has already liquidated the asset.  An entry of "OA" indicates the property has or will be formally abandoned under 11 U.S.C. 554 (a).  An entry of "DA" indicates that the property will be abandoned at closing of the case under 11 U.S.C. 554 (c).

Column 5: Sales/Funds Received by the Estate:  Column 5 indicates the **gross** amount of proceeds received from the liquidation of each asset regardless of amounts paid out to secured creditors or for expenses.

Column 6: Asset Fully Administered/Gross Value of Remaining Assets:  When an asset has been fully administered either by liquidation, formal abandonment, or the Trustee has reached a decision to abandon at closing of the estate, the entry "FA" will be listed in Column 6.  For assets still being administered, column 6 reflects the Trustee's current best estimate of the **gross** value.  Actual liquidation value may differ as a result of market conditions at the time of sale.  Note: The difference between Columns 3 and 5 does not necessarily equal the figure in Column 6.

Other Information:  Note that the Trustee has provided information about matters pending in the case and projected date for filing the Trustee's Final Report (TFR).

Dated: August 4, 2010                Respectfully Submitted,

/s/ WIGBERTO LUGO-MENDER
WIGBERTO LUGO-MENDER, Chapter 7 Trustee
CENTRO INTERNACIONAL DE MERCADEO
RD 165 TORRE I SUITE 501
GUAYNABO, PR  00968
787-707-0404/ Fax 787-707-0412
E-Mail: wlugo@ecf.epiqsystems.com

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Case No: 09-01268 SEK Judge: SARA E. DE JESUS  
Case Name: PONTON LONGO, MARIA M

Trustee Name: WIGBERTO LUGO-MENDER  
Date Filed (f) or Converted (c): 02/25/09 (f)  
341(a) Meeting Date: 03/25/09

For Period Ending: 06/30/10 (3rd reporting period for this case)

Claims Bar Date: 06/22/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential property located at Rd 968 km 2.9 Zarzal Ward Sector Los Coles on Rio Grande | 424,000.00 | 151,744.75 | | 1,000.00 | 150,744.75 |
| 2. Security deposits AAA $100.00 and AEE $150.00 Debtor Claimed 100% Exemption on Schedule C | 250.00 | 0.00 | DA | 0.00 | FA |
| 3. Household goods and furnishing Debtor Claimed 100% Exemption on Schedule C | 6,000.00 | 0.00 | DA | 0.00 | FA |
| 4. Wearing apparel Debtor Claimed 100% Exemption on Schedule C | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. Vehicle- Chevrolet Trail Blazer | 7,285.00 | 0.00 | | 0.00 | 0.00 |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.55 | Unknown |

TOTALS (Excluding Unknown Values)    $437,635.00    $151,744.75    $1,001.55    Value of Remaining Assets $150,744.75 (Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee's pursuing to sale property located at Rd 968 km 2.9 Zarzal Ward Sector Los Coles on Rio Grande [Notice of sale was served]

Objection to claims and closing dependent of this process.

In the event that closing sale occurs the preparation of estate tax returns upon sale of the property- estate tax return become due on April 2011

Initial Projected Date of Final Report (TFR): 04/30/11    Current Projected Date of Final Report (TFR): 04/30/11

/s/ WIGBERTO LUGO-MENDER  
_____ Date: 08/04/10  
WIGBERTO LUGO-MENDER  
CENTRO INTERNACIONAL DE MERCADEO  
RD 165 TORRE I SUITE 501  
GUAYNABO, PR 00968  
Phone: (787) 707-0404  
Email: wlugo@ecf.epiqsystems.com

PFORM1

Ver: 15.10d

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 09-01268 -SEK | | Trustee Name: | WIGBERTO LUGO-MENDER |
|---|---|---|---|---|
| Case Name: | PONTON LONGO, MARIA M | | Bank Name: | BANCO SANTANDER, P.R. |
| | | | Account Number / CD #: | *******5449  Banco Santander, P.R. - Checking Ac |
| Taxpayer ID No: | *******0000 | | | |
| For Period Ending: | 06/30/10 | | Blanket Bond (per case limit): | $ 500,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C 09/22/09 | 1 | Luis G Mejias | Good faith deposit- to purchase residential property located at Rio Grande, PR | 1110-000 | 1,000.00 | | 1,000.00 |
| C 09/30/09 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.03 | | 1,000.03 |
| C 10/30/09 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.21 | | 1,000.24 |
| C 11/30/09 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.22 | | 1,000.46 |
| C 12/31/09 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.22 | | 1,000.68 |
| C 01/29/10 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.20 | | 1,000.88 |
| C 02/26/10 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.19 | | 1,001.07 |
| C 03/31/10 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.250 | 1270-000 | 0.23 | | 1,001.30 |
| C 04/30/10 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 0.08 | | 1,001.38 |
| C 05/28/10 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 0.08 | | 1,001.46 |
| C 06/30/10 | 6 | BANCO SANTANDER, P.R. | Interest Rate  0.100 | 1270-000 | 0.09 | | 1,001.55 |

| Account | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| *******5449 | 1 | Deposits | 1,000.00 | 0 Checks | | 0.00 |
| | 10 | Interest Postings | 1.55 | 0 Adjustments Out | | 0.00 |
| | | | | 0 Transfers Out | | 0.00 |
| | | Subtotal | $ 1,001.55 | | | |
| | | | | Total | $ | 0.00 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 1,001.55 | | | |

Trustee's Signature: /s/ WIGBERTO LUGO-MENDER  Date: 08/04/10
WIGBERTO LUGO-MENDER

PFORM2T4

Ver: 15.10d