**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| IN RE:<br><br>PONTON LONGO, MARIA M<br><br>DEBTOR(S) | CASE No. 09-01268 (SEK)<br><br>CHAPTER 7<br>ASSET CASE |

**TRUSTEE'S PETITION FOR PAYMENT OF EXPENSES**

**TOTALING LESS THAN $1,000.00**

**TO THE HONORABLE COURT:**

COMES NOW, **WIGBERTO LUGO MENDER**, duly appointed trustee for the above captioned case, who respectfully, prays this Honorable Court as follows:

1. As part of his administration of the assets of this case, the undersigned trustee has incurred an expense and/ or paid for the estate the amount of $78.22. The trustee respectfully requests reimbursement of this amount.

2. Copy of the invoice detailed expenses for which reimbursement is sought is enclosed herein.

3. The total amount of funds realized on this case, as of the date of this petition is $1,001.72.

**WHEREFORE,** the undersigned Trustee respectfully request this Honorable Court to allow the aforementioned expenses as requested.

**RESPECTFULLY SUBMITTED**

In San Juan, Puerto Rico, this 9th of September of 2010.

I HEREBY CERTIFY, That on this same date I electronically filed the forgoing document with the Clerk of the Court using the CM/ECF System which will sent notification of such filing to the parties appearing in said system. Also, copy of this motion has been served by Fist Class mail to: Debtor and Debtor's Attorney, both at their address of record.

/s/ Wigberto Lugo Mender .
WIGBERTO LUGO MENDER
CHAPTER 7 TRUSTEE
Centro Iternacional de Mercadeo
Rd 165 Torre 1 Suite 501
Guaynabo, PR 00968
Tel. (787) 707-0404
Fax (787) 707-0412
trustee@lugomender.com

ORDER

The above trustee's Petition for Expenses Totaling $78.22 is hereby approved, subject to final report and account to be filed in this case. The trustee shall pay in accordance with the law.

ORDERED, this _____ day of _____, 201__ at San Juan, PR

_____
U.S. BANKRUPTCY JUDGE

**Case Number:** 09-01268     **Case Name:** PONTON LONGO, MARIA M
**Case Status:** Asset     **Judge:** (SEK) SARA E. DE JESUS
**Petition Date:** 02/25/09     **Original 341a Meeting:** 03/25/09

| Date | Description | Quantity | Unit of Measure | Rate | Total |
|---|---|---|---|---|---|
| **Expense Category: COPIES - Copies** | | | | | |
| 09/22/09 | Serve notice- Motion for sale property free and clear of liens (located at Las Coles, Rio Grande, PR) | 174.0000 | EACH | 0.2500 | 43.50 |
| 06/25/10 | MOTION REQUESTING ORDER APPROVING SALE | 72.0000 | EACH | 0.2500 | 18.00 |
| **Totals for Copies** | | **246.00** | | | **61.50** |
| **Expense Category: POSTAG - Postage** | | | | | |
| 09/22/09 | Serve notice- Motion for sale property free and clear of liens (located at Las Coles, Rio Grande, PR) | 15.0000 | EACH | 0.4400 | 6.60 |
| 09/22/09 | Serve notice- Motion for sale property free and clear of liens (located at Las Coles, Rio Grande, PR) all exhibit | 4.0000 | EACH | 0.4400 | 1.76 |
| 06/25/10 | Serve notice- Motion Requesting Order Approving Sale | 4.0000 | EACH | 0.0000 | 0.00 |
| 06/25/10 | Serve notice- Motion Requesting Order Approving Sale | 19.0000 | EACH | 0.4400 | 8.36 |
| **Totals for Postage** | | **42.00** | | | **16.72** |
| **Total for Case Number: 09-01268** | | **288.00** | | | **78.22** |